# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAIAH RANSOME, | ) | |
| | ) | Civil Action No. 16 – 1571 |
| Plaintiff, | ) | |
| | ) | Judge Arthur J. Schwab |
| v. | ) | Magistrate Judge Lisa Pup Lenihan |
| | ) | |
| JOHN E. WETZEL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Plaintiff Isaiah Ransome ("Plaintiff") initiated the instant prisoner civil rights action on October 14, 2016. (ECF No. 1.) He has sued numerous officials and employees of the Pennsylvania Department of Corrections who work at the State Correctional Institution Greene, where he is currently incarcerated. (ECF No. 4.) In accordance with the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules of Court, all pretrial matters were referred to United States Magistrate Judge Lisa Pupo Lenihan.

On February 23, 2017, Defendants filed a Motion to Dismiss for failure to state a claim. (ECF No. 17.) On June 16, 2017, the Magistrate Judge issued a Report and Recommendation recommending that Defendants' Motion to Dismiss be granted and that Plaintiff's Complaint be dismissed with prejudice for failure to state a claim. (ECF No. 25.) Plaintiff was served with the Report and Recommendation and informed that he had until July 3, 2017 to file written objections. As of today, no objections have been filed. Therefore, upon an independent review

of the record, and consideration of the Magistrate Judge's Report and Recommendation, the following Order is entered:

AND NOW, this 12th day of July, 2017;

IT IS HEREBY ORDERED that the Report and Recommendation of the Magistrate Judge (ECF No. 25) is adopted as the opinion of the Court.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (ECF No. 17) is granted.

IT IS FURTHER ORDERED that Plaintiff's Complaint (ECF No. 4) is dismissed with prejudice for failure to state a claim upon which relief may be granted.

IT IS FURTHER ORDERED that the Clerk of Court mark this case **CLOSED**.

AND IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

/s Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: Isaiah Ransome
LB5742
175 Progress Dr.
Waynesburg, PA 15370

Counsel for Defendants
(*Via CM/ECF electronic mail*)